IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ENCORE-OTI ACQUISITION, L.L.C., AND ENCORE MEDICAL, L.P., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CAUSE NO. A-05-CA-172-LY |
| WRIGHT MEDICAL TECHNOLOGY, INC. AND STEPHEN B. MURPHY, M.D., | § § § | |
| DEFENDANTS. | § § | |

## FINAL JUDGMENT

Before the Court is the above-numbered cause. On this date, the Court considered Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. #26), which notified the Court that Plaintiffs had voluntarily dismissed the action without prejudice. Accordingly, the Court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**FURTHER IT IS ORDERED** that all relief not expressly granted is hereby **DENIED.**

**FURTHER IT IS ORDERED** that all parties shall bear their own costs of court.

**FINALLY IT IS ORDERED** that this action is hereby **CLOSED.**

**SIGNED** this 7th day of December, 2005.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE